**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 96-1761**

———————————

LEROY GREGG,

                                        Plaintiff - Appellant,

     and

BARBARNAS M. SUMPTER; TERRI B. SUMPTER,

                                             Plaintiffs,

     versus

ENTERPRISE RENT-A-CAR; CONSTITUTION STATE SER-
VICE COMPANY; WILLIAM RUSSELL JENKINS, JR.,

                                     Defendants - Appellees.

———————————

Appeal from the United States District Court for the District of
South Carolina, at Columbia. Dennis W. Shedd, District Judge. (CA-
95-2843-3-19BD)

———————————

Submitted:  March 27, 1997         Decided:  April 2, 1997

———————————

Before RUSSELL, LUTTIG, and MICHAEL, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Leroy Gregg, Appellant Pro Se.  Catharine Garbee Griffin, BAKER,
BARWICK, RAVENEL & BENDER, L.L.P., Columbia, South Carolina, for
Appellees.

———————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order entering judgment for Defendants in this personal injury action based on diversity of citizenship. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Gregg v. Enterprise Rent-A-Car</u>, No. CA-95-2843-3-19BD (D.S.C. May 1, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>